AUGUST 3, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 05 2015

Abel Acosta, Clerk

Abel Acosta, Clerk
Court of Criminal Appeals
P. O. Box 12308, Capitol Station
Austin, Texas 78711

Dennis Livings #1352308
3060 FM 3514 Stiles
Beaumont, Tx. 77705

Dear Mr. Acosta,

In reference to your letter to me July 22, 2015, you stated your records does not show I have a writ of habeas Corpus Filed In the Court of Criminal Appeals. I wrote the Harris County District Clerk inquiring about my writ in Cause #1035169 A or B. Mr. Daniel sent me a deceptive notice (enclosed). I'm sending you the order of the 174th District Court, "ordering the District Clerk to transfer my writ #1035169-B to your office" (enclosed).

I trust I will hear from your office on this matter.

Sincerely,

Dennis L. Livings

Dennis L. Livings



# CHRIS DANIEL
### HARRIS COUNTY DISTRICT CLERK

# NOTICE

In accordance with Section 552.028 Government Code.
Request for information from incarcerated individual.

(a) A governmental body is not required to accept or comply with a request for information from:

    (1) An individual who is imprisoned or confined in a correctional facility; or

    (2) An agent of that individual, other than that individual's attorney when the attorney is requesting information that is subject to disclosure under this chapter.

FILED
Chris Daniel
District Clerk

JUN 24 2015

Time: _____
By _____ Deputy

EX PARTE                                    §        IN THE 174th DISTRICT COURT

                                           §        OF

DENNIS L. LIVINGS,
Applicant                                   §        HARRIS COUNTY, TEXAS

## STATE'S PROPOSED FINDINGS OF FACT,
## CONCLUSIONS OF LAW AND ORDER

The Court has considered the application for writ of habeas corpus, the State's answer and

official court records in the above-captioned cause. The Court finds that there are no controverted,

previously unresolved facts material to the legality of the applicant's confinement which require an

evidentiary hearing and recommends that the relief requested be denied for the following reasons:

1.      The applicant challenged his conviction in his previous application for writ of

habeas corpus in cause number 1035169-A.

2.      The applicant filed the instant application for habeas corpus, 1035169-B, in which

he makes claims that directly challenge his conviction, after the final disposition of the

applicant's previous application for writ of habeas corpus.

3.      All subsequent writ applications regarding the same conviction, including

subsequent applications that do not challenge the conviction, must meet the requirements

of Article 11.07 §4(a) by including sufficient specific facts establishing that the current

claims could not have been presented previously because the factual or legal basis for the

claim was unavailable; or that, by a preponderance of the evidence, but for a violation of the

United States Constitution, no rational juror could have found Applicant guilty beyond a

reasonable doubt. *Ex parte Whiteside*, 12 S.W.3d 819 (Tex. Crim. App. 2000) (emphasis

added).

4.    The applicant has failed to include sufficient specific facts establishing that the current claims could not have been presented previously because the factual or legal basis for the claim was unavailable; or that, by a preponderance of the evidence, but for a violation of the United States Constitution, no rational juror could have found the applicant guilty beyond a reasonable doubt. TEX. CODE CRIM. PROC. ANN. art. 11.07 § 4 (a).

5.    In all things, the applicant has failed to demonstrate that his conviction was improperly obtained or that he is being improperly confined.

Accordingly, it is recommended to the Texas Court of Criminal Appeals that relief be denied.

## ORDER

THE CLERK IS ORDERED to prepare a transcript of all papers in cause number 1035169-B and transmit same to the Court of Criminal Appeals as provided by TEX. CODE CRIM. PROC. ANN. art. 11.07 § 3. The transcript shall include certified copies of the following documents:

A.   the application for writ of habeas corpus, together with all attachments;

B.   the State's Original Answer, together with all attachments;

C.   the Court's order;

D.   the indictment (or information), judgment and sentence, and the docket sheets in cause number 1035169;

E.   State's Proposed Findings of Fact, Conclusions of Law and Order; and

F.   The applicant's Proposed Findings of Fact (if any).

THE CLERK is further ORDERED to send a copy of this order to the applicant, Dennis L. Livings, # 1352308 – Stiles Unit, 3060 FM 3514, Beaumont, TX 77705, and to counsel for State, Andrew J. Smith, 1201 Franklin, Suite 600, Houston, Texas 77002.

By the following signature, the Court adopts the State's Proposed Findings of Fact, Conclusions of Law and Order in cause no. 1035169-B.

Signed on this 26 day of JUNE, 2015.

_____
JUDGE PRESIDING

3